# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
**West Palm Beach Division**

In re:                                             Case No. 13-23262-BKC-PGH
                                                   Chapter 11

**Metro & Sivan, LLC**

_____Debtor_____/

## CHAPTER 11 CASE MANAGEMENT SUMMARY

In compliance with Local Rule 2081-1(B), the Debtor-in-Possession ,
**Metro & Sivan, LLC,** files this Chapter 11 Case Management Summary and states:

The following data represents approximations for background information only and the information may represent the Debtor's best estimate in response to some of the ensuing questions.

1. Date of Order for Relief under chapter 11 (filing date of petition if voluntary chapter 11 petition): **June 4, 2013**

2. Names, case numbers and dates of filing of related debtors:
   **Casale Marble Imports, Inc. – Filed 7/14/2008 -Case # 08-19689-BKC-PGH**
   **Casale Marble Imports, Inc. – Filed 5/14/2013 -Case # 13-21220-BKC-PGH**
   **Donato Walter Casale – Filed 6/3/2013 - Case # 13-23240-BKC-PGH**
   **Commercial Real Estate Investment Group, Corporation – Filed 6/4/2013 – Case # 13-23261-PGH**

3. Description of debtor's business:
   **Rental property – Commercial Industrial warehouse and retail building**

4. Locations of debtor's operations and whether the business premises are leased or owned:
   **Property is owned and located at:**
   **3531 Metro Parkway**
   **Fort Myers, Florida 33916**

5. Reasons for filing chapter 11:
   **The actions of PNC in requiring the cross collateralization and cross default agreement in violation of the confirmed amended plan and in violation of the discharge injuction and it's financial ill effects.**

1

6.  List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during the 1 year prior to filing:
    **Donato Walter Casale**
    **2013 - $ 0**                    **2012 - $ 0**

7.  Debtor's fiscal or calendar year to date gross income and the debtor's gross income for the calendar or fiscal year prior to the filing of this petition:
    **2013 - $ 9,000.00**
    **2012 - $ 20,754.72**

8.  Amounts owed to various creditors:

    a.  Obligations owed to priority creditors including priority tax obligations:
        Lee County – R/E Taxes - 2012            $ 12,588.66

    b.  With respect to creditors holding secured claims, the name of and amounts owed to such creditors and a description and estimated value of all collateral of the debtor securing their claims, and
        PNC Bank, N.A. -    Loan # 605420702        $ 1,201,740.95
        PNC Bank, N.A. -    Loan # 605420718        $   773,202.62
        Collateral:
        Property at: 3531 Metro Parkway, Fort Myers, FL 33916            $850,000

    c.  Amount of unsecured claims:
        $0

9.  General description and approximate value of the debtor's assets:
    **Values noted in 8b above.**

10. List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires;
    Commercial Property
    Zurich American Insurance Co
    Policy # CPP278065259
    Amount of Coverage - Building $1,900,000 w/ deductible of $10,000
    Amount of Coverage – Personal Property $30,000 w/ deductible of $10,000
    Paid in full until time for renewal
    Policy Expires on 6/30/2013

11. Number of employees and amounts of wages owed as of petition date:
    $0

12. Status of debtor's payroll and sales tax obligations, if applicable.  This does not eliminate the obligation of chapter 11 debtors (other than individuals not engaged in business) to provide the more detailed payroll tax information required by Local Rule 2081-1(A): **Paid to date**

13. Anticipated emergency relief to be requested within 14 days from the petition date:

Metro & Sivan, LLC

By _____
Donato Walter Casale, as Managing Member

Dated on June 9, 2013.

BRAD CULVERHOUSE

ATTORNEY AT LAW, CHARTERED

W.E. Gary Professional Building

320 South Indian River Drive, Suite 100

Fort Pierce, Florida 34950

Office Telephone:      (772) 465-7572

Cellular telephone:    (561) 716-4726

Florida Bar no. 207632

Attorney for Debtors

E-Mail: BradCulverhouselaw@gmail.com

By: _____

Attach or file separately a Local Rule 2002-1(F) certificate of service reflecting manner and date of service on all affected parties.