UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:  Case No.: 13-23262-BKC-PGH
Chapter 11

**Metro & Sivan, LLC.,**
                Debtor        /

**Debtor's Third Ex-Parte Motion for Extension of Time Within Which to File Chapter 11 Schedules, Statement of Financial Affairs, and Declaration Concerning Debtor's Schedules from July 5, 2013, to July 8, 2013**

      **COMES NOW the Debtor-in-possession, Metro & Sivan, LLC.,** (Debtor ) by and through the undersigned attorney and moves this Court for a Third Ex-Parte Extension of Time within which to file the Chapter 11 Schedules, Statement of Financial Affairs, and Declaration Concerning Debtors Schedules, from **July 5, 2013, to July 8, 2013**, and shows this Court the following:

    1.    That this motion is brought pursuant to <u>F.R.B.P.</u> ,1007 and 9006(b) and LOCAL RULES 1007-1 (C), 5005-1 (A) (2), 9013-1 (C) (2), 2002-1 (H) AND 5005-1 (G) (1) (a). This Chapter 11 case was filed on June 4, 2013, and the Schedules, Statement of Financial Affairs, and Declaration Concerning Debtors Schedules were due to be filed on June 18, 2013. The Debtor sought and obtained a second extension until July 5, 2013. This is the Third Extension:

    2.    The **Date of the Scheduled Meeting of Creditors Is July 18, 2013,** and the requested extension is **only until July 8, 2013, which is ten (10) calendar days before the date scheduled for the Meeting of Creditors and is seven (7) calendar days required by** LOCAL RULE 1007-1 (C)**.**

    3.    That the Debtor's counsel has substantially completed the Chapter 11 Schedules, Statement of Financial Affairs, and Declaration Concerning Debtors Schedules, but, the Debtor's counsel after having been in a rehabilitation facility recovering from surgery to repair a fractured shoulder, needs additional time to complete the same. As of July 3, 2013, the rehabilitation facility allowed the Debtor's counsel short visits to his office to be able to work on cases, and he requests this three (3) day extension in order to complete the foregoing and shows the Court that the Debtor has

complied with, and is complying with, the U.S. Trustee's Guidelines.

    4.   That the Debtor requests this Court to allow the Debtor the requested extension of time within which to file the Debtor's Chapter 11 Schedules, Statement of Financial Affairs and the Declaration Concerning Debtors Schedules.

    5.   The Debtor requests that this Court enter this order without a hearing as provided for in the Local Rules.

    **WHEREFORE,** the Debtor prays for this Court to grant the requested extension of time and for such other and further relief as this Court deems just, equitable and proper.

### Certificate of Service

I hereby certify that a true copy of the foregoing was served on July 5, 2013, via the Bankruptcy Court's NEF electronic noticing system upon the office of the Assistant U.S. Trustee and I hereby further certify that as of July 5, 2013, there are three (3) other parties which have filed an appearance which are required to be served with a copy of the foregoing.

Denise D Dell-Powell, Esq
BURR & FORMAN LLP
200 S Orange Ave, Suite 800
Orlando, FL 32801

Michael A Nardella, Esq
BURR & FORMAN LLP
200 S Orange Ave, Suite 800
Orlando, FL 32801

Lee County Tax Collector
c/o Legal Department
Attn Thelma McNaughton
PO Box 850
Fort Myers, FL 33902-0850

Denise D Dell-Powell on behalf of Creditor PNC Bank, National Association
ddpowell@burr.com, greid@burr.com


Michael A. Nardella on behalf of creditor PNC Bank, National Association
michael.nardella@burr.com, jlindval@burr.com,  greid@burr.com


Lee County Tax Collector (McNaughton)
bankruptcyecfdocs@leetc.com


                **BRAD CULVERHOUSE**
                **ATTORNEY AT LAW, CHARTERED**
                **320 South Indian River Drive**
                **Fort Pierce, Florida  34950**
                **Telephone: (772) 465-7572**
                **E-mail: BradCulverhouseLaw@gmail.com**
                **Florida Bar No.: 207632**
                **Attorney for Debtor-in-Possession**

                **By  /s/   Brad   Culverhouse**