

**ORDERED in the Southern District of Florida on July 8, 2013.**

Paul G. Hyman, Chief Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                    Case No.: 13-23262-BKC-PGH
                                          Chapter 11
Metro & Sivan, LLC,

_____Debtor_____/

Order Granting Debtor's Second Ex-Parte Motion for Extension of Time Within Which to File Chapter 11 Schedules, Statement of Financial Affairs, and Declaration Concerning Debtor's Schedules from July 2, 2013, to July 5, 2013

This Matter Came on Before the Court Without a Hearing, on the Chapter 11 Debtor's Ex Parte Second Motion for Extension of Time Within Which to File Chapter 11 Schedules, Statement of Financial Affairs, and Declaration Concerning Debtor's Schedules from July 2, 2013, to July 5, 2013, and the Debtor's counsel having alleged that all appearances of record have been given notice and that the date of the requested extension, **July 5, 2013,** is twelve (12) days before the Chapter 11 Meeting of Creditors which is scheduled for July 18, 2013, and the Debtor having requested the entry of this order without a hearing pursuant to the Local Rules, and the Court being otherwise advised in the premises, it is thereupon,

**ORDERED-**

1. The Debtor's ex-parte Motion for Extension of Time Within Which to File Chapter 11 Schedules, Statement of Financial Affairs, and Declaration Concerning Debtor's Schedules from **July 2, 2013, to July 5, 2013**, is granted and the Debtor shall have until **July 5, 2013**, to file the Debtor's 11 Schedules, Statement of Financial Affairs, and Declaration Concerning Debtor's Schedules.

### 

*[Handwritten note: No further extensions (PH) shall be granted.]*

Submitted by:
Brad Culverhouse,
Attorney at Law Chartered
Attorney for Debtor
320 South Indian River Drive, Suite 100
Fort Pierce, Florida 34950
Telephone: ( 772 ) 465-7572
E-Mail: BradCulverhouseLaw@gmail.com

Copies to: All parties of record, and the U.S. Trustee by the Debtor's counsel who will file a certificate of service.