UNITED STATES BANKRUPTCY COURT

__SOUTHERN__  DISTRICT OF __FLORIDA__

__WEST PALM BEACH__   DIVISION

| | | |
|---|---|---|
| IN RE: | } | CASE NUMBER |
| | } | __13-23262-BKC-PGH__ |
| __METRO & SIVAN, LLC__ | } | |
| | } | JUDGE    __Paul G. Hyman Jr.__ |
| | } | |
| DEBTOR. | } | CHAPTER 11 |

DEBTOR'S STANDARD MONTHLY OPERATING REPORT (BUSINESS)

FOR THE PERIOD

FROM    __10/1/2013__    TO ___  __10/31/2013__

Comes now the above-named debtor and files its Monthly Operating Reports in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

_____

Attorney for Debtor's Signature

Debtor's Address                        Attorney's Address
and Phone Number:                     and Phone Number:

__750 S.W. 17th Avenue__              __Brad Culverhouse__
__Delray Beach, Florida 33444__       __320 S. Indian River Dr #100__
__(561) 272-7600__                    __Ft. Pierce, FL 34950__
                                       __(772) 465-5572__

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee Office.  Monthly Operating Reports must be filed by the 20th day of the following month.

## SCHEDULE OF RECEIPTS AND DISBURSEMENTS
### FOR THE PERIOD BEGINNING <u>OCTOBER 1, 2013</u> AND ENDING <u>OCTOBER 31, 2013</u>

Name of Debtor: <u>METRO & SIVAN, LLC</u>
Date of Petition: <u>June 4, 2013</u>

| | | CURRENT MONTH | | CUMULATIVE PETITION TO DATE |
|---|---|---|---|---|
| 1. FUNDS AT THE BEGINNING OF PERIOD | | $ 7,740.37 (a) | $ | 8,985.12 (b) |
| 2. RECEIPTS: | | | | |
| | A. Cash Sales | $ - | $ | - |
| | Minus: Cash Refunds (c/c refund) | (-) $ - | $ | - |
| | = New Cash Sales | $ - | $ | - |
| | B. Accounts Receivable (See MOR-4) | $ - | $ | - |
| | C. Other Receipts (See MOR-3) | $ - | $ | 1,000.00 |
| | (If you receive rental income, | | | |
| | you must attach a rent roll.) | | | |
| 3. TOTAL RECEIPTS (Lines 2A+2B+2C) | | $ - | $ | 1,000.00 |
| 4. TOTAL FUNDS AVAILABLE FOR | | | | |
| OPERATIONS (Line 1 + Line 3) | | $ 7,740.37 | $ | 9,985.12 |
| 5. DISBURSEMENTS | | | | |
| | A. Advertising | $ - | $ | - |
| | B. Bank Charges | $ - | $ | - |
| | C. Contract Labor | $ - | $ | - |
| | D. Fixed Asset Payments (not incl. in "N") | $ - | $ | - |
| | E. Insurance | $ - | $ | - |
| | F. Inventory Payments (See Attach. 2) | $ - | $ | - |
| | G. Leases | $ - | $ | - |
| | H. Manufacturing Supplies | $ - | $ | - |
| | I. Office Supplies | $ - | $ | - |
| | J. Payroll - Net (See Attachment 5B) | $ - | $ | - |
| | K. Professional Fees (Accounting & Legal) | $ 7,330.00 | $ | 7,868.75 |
| | L. Rent | $ - | $ | - |
| | M. Repairs & Maintenance | $ - | $ | - |
| | N. Secured Creditor Payments (See Attach. 2) | $ - | $ | - |
| | O. Taxes Paid - Payroll (N/A) | $ - | $ | - |
| | P. Taxes Pd-Sales & Use (See Attachment 5A) | $ - | $ | 381.00 |
| | Q. Taxes Paid - Other (See Attachment 5A) | $ - | $ | - |
| | R. Telephone | $ - | $ | - |
| | S. Travel & Entertainment | $ - | $ | - |
| | Y. U.S. Trustee Quarterly Fees | $ - | $ | 325.00 |
| | U. Utilities | $ - | $ | - |
| | V. Vehicle Expenses | $ - | $ | - |
| | W. Other Operating Expenses (See MOR-3) | $ 125.00 | $ | 1,125.00 |
| 6. TOTAL DISBURSEMENTS (Sum of 5A thru W) | | $ 7,455.00 | $ | 9,699.75 |
| 7. ENDING BALANCE (Line 4 Minus Line 6) | | $ 285.37 (c) | $ | 285.37 (c) |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This <u>18th</u> day of <u>October 2013.</u>

_____
(Signature)

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.

(b) This figure will not change from month to month. It is always the amount of funds on hand as of the date of the petition.

(c) These two amounts will always be the same if form is completed correctly.

**MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS (cont'd)**

**Detail of Other Receipts and Other Disbursements**

**OTHER RECEIPTS:**

Describe Each Item of Other Receipt and List Amount of Receipt.  Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| Refund of the deposit made to the wrong account above | $           - | $        1,000.00 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL OTHER RECEIPTS | $           - | $        1,000.00 |

**"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.).  Please describe below:**

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement.  Write totals on Page MOR-2, Line 5W.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| Refund of the deposit made to the wrong account above | $           - | $        1,000.00 |
| Elevator License | $       125.00 | $          125.00 |
|  |  | $            - |
| TOTAL OTHER DISBURSEMENTS | $       125.00 | $        1,125.00 |

**NOTE:  Attach a current Balance Sheet and Income (Profit & Loss) Statement.**

**ATTACHMENT 1**

**MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING**

Name of Debtor: <u>METRO & SIVAN, LLC</u>                              Case Number:  <u>13-23262-BKC-PGH</u>

Reporting Period beginning                       <u>October 1, 2013</u>              Period ending      <u>October 31, 2013</u>

ACCOUNTS RECEIVABLE AT PETITION DATE:

### ACCOUNTS RECEIVABLE RECONCILIATION
(Include <u>all</u> accounts receivable, pre-petition, including charge card sales which have not been received):

| | | |
|---|---|---|
| Beginning of Month Balance | $ | 19,025.00  (a) |
| PLUS:  Current Month New Billings/Orders | $ | 2,385.00 |
| MINUS:  Collection During the Month | $ | -  (b) |
| PLUS/MINUS: Adjustments or Writeoffs | $ | -  * |
| End of Month Balance | $ | 21,410.00  (c) |

\* For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:

_____

_____

_____

### POST PETITION ACCOUNTS RECEIVABLE AGING
(Show the total for each aging category for all accounts receivable)

| 0 - 30 Days | 31 - 60 Days | 61 - 90 Days | Over 90 Days | Total |
|---|---|---|---|---|
| $      2,385.00 | $      2,385.00 | $      2,385.00 | $      14,255.00 | $      21,410.00  (c) |

For any receivables in the "Over 90 Days" category, please provide the following:

| Customer | Receivable Date | Status (Collection efforts taken, estimate of collectibility, write-off, dispute account, etc.) |
|---|---|---|
| Triton Stone of Ft. Myers - TENANT | monthly | Tenant has stopped paying rent due to the bankruptcy and bank issues |
| | | |
| | | |
| | | |
| | | |

(a)  This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the petition date.

(b)  This must equal the number reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 2B).

(c)  These two amounts must equal.

**ATTACHMENT 2**

**MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT**

Name of Debtor: **METRO & SIVAN, LLC**                                          Case Number:  **13-23262-BKC-PGH**

Reporting Period beginning  **October 1, 2013**                          Period ending                          **October 31, 2013**

In the space below list all invoices or bills incurred and not paid since the filing of the petition.  Do not include amounts owed prior to filing the petition.  In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

**POST-PETITION ACCOUNTS PAYABLE**

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL AMOUNT                                                                                              $            -    (b)

☐ **Check here if pre-petition debts have been paid.  Attach an explanation and copies of supporting documentation.**

| **ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only)** | |
|---|---|
| Opening Balance | $            -    (a) |
| PLUS:  New Indebtedness Incurred This Month | $            - |
| MINUS:  Amount Paid on Post Petition, | $            - |
| Accounts Payable This Month | $            - |
| PLUS/MINUS:  Adjustments | _____ * |
| Ending Month Balance | $            -    (c) |

* For any adjustments provide explanation and supporting documentation, if applicable.

**SECURED PAYMENTS REPORT**

List the status of Payments to Secured Creditors and Lessors (Post Petition Only).  If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section.

| Secured Creditor/Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| | | | 0 | 0 |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | $            -    (d) | | |

(a)  This number is carried forward from last month's report.  For the first report only, this number will be zero.

(b, c)  The total of line (b) must equal line (c).

(d)  This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5N) and should also match MOR-16 (a)).

ATTACHMENT 3
INVENTORY AND FIXED ASSETS REPORT

Name of Debtor: METRO & SIVAN, LLC                    Case Number:  13-23262-BKC-PGH

Reporting Period beginning        October 1, 2013        Period ending    October 31, 2013

INVENTORY REPORT

INVENTORY BALANCE AT PETITION DATE:
INVENTORY RECONCILIATION:

| | | |
|---|---|---|
| Inventory Balance at Beginning of Month | $ | -  (a) |
| PLUS: Inventory Purchased During Month | $ | - |
| MINUS: Inventory Used or Sold | $ | - |
| PLUS/MINUS: Adjustments or Write-downs | | * |
| Inventory on Hand at End of Month | $ | - |

METHOD OF COSTING INVENTORY:  N/A

* For any adjustments or write-downs provide explanation and supporting documentation, if applicable.
Broken slabs or re-makes

INVENTORY AGING

| | Less than 6 months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | | Total Inventory | |
|---|---|---|---|---|---|---|---|
| Slabs | 0.00% | 0.00% | 0.00% | 0.00% | = | 0.00% | * |
| Flooring | 0.00% | 0.00% | 0.00% | 0.00% | = | 0.00% | * |
| Tools | 0.00% | 0.00% | 0.00% | 0.00% | = | 0.00% | * |

* Aging Percentages must equal 100%.
☐        Check here if inventory contains perishable items.

Description of Obsolete Inventory:

FIXED ASSET REPORT

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE:            $        850,000.00  (b)
     (Includes Property, Plant and Equipment)

BRIEF DESCRIPTION (First Report Only):        Property is located at 3531 Metro Parkway, Ft. Myers, Florida
33916 and has 1 tenant occuping the property.

FIXED ASSETS RECONCILIATION:

| | | |
|---|---|---|
| Fixed Asset Book Value at Beginning of Month | $ | 1,326,611.45  (a) (b) |
| MINUS: Depreciation Expense | $ | (2,449.63) |
| PLUS: New Purchases | | |
| PLUS/MINUS: Adjustments or Write-downs | $ | -  * |
| Ending Monthly Balance | $ | 1,324,161.82 |

* For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.

BRIEF DECRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING PERIOD:
N/A

(a)  This number is carried forward from last month's report.  For the first report only, this number will be the
       balance as of the petition date.
(b)  Fair Market Value is the amount at which fixed assets could be sold under current economic conditions.
       Book Value is the cost of the fixed assets minus accumulated depreciation and other adjustments.

**ATTACHMENT 4A – Debtor in Possession Account**

**MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT**

Name of Debtor: **METRO & SIVAN, LLC**                    Case Number:  **13-23262-BKC-PGH**

Reporting Period beginning      **October 1, 2013**                Period ending      **October 31, 2013**

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts.  Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK: **TD Bank, N.A.**                          BRANCH: **DELRAY BEACH, FLORIDA**

ACCOUNT NAME: **METRO & SIVAN, LLC**

ACCOUNT NUMBER: ~~████████~~ **1 4**

PURPOSE OF ACCOUNT: **OPERATING**

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ | 285.37 |
| Plus Total Amount of Outstanding Deposits | $ | - |
| Minus Total Amount of Outstanding Checks & other debits | $ | - * |
| Minus Service Charges (Deposit Item Returned) | | |
| Ending Balance per Check Register | $ | 285.37  * * (a) |

**\* Debit cards are used by**  Donato Walter Casale

**\* \* If Closing Balance is negative, provide explanation:** _____

_____

**The following disbursements were paid in Cash (do not include items reported as Petty Cash on Attachment 4d: (** ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose / Reason for Cash Disbursement |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS**

"Total Amount of Outstanding Checks and other debits", listed above, includes:

| | | |
|---|---|---|
| $ | - | Transferred to Payroll Account |
| $ | - | Transferred to Tax Account |

(a) The total of this line on Attachment 4A, 4B, 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 5A - Debtor In Possession Account**

**CHECK REGISTER - OPERATING ACCOUNT**

Name of Debtor: **METRO & SIVAN, LLC**                                    Case Number:  **13-23262-BKC-PGH**

Reporting Period beginning  **October 1, 2013**                    Period ending       **October 31, 2013**

NAME OF BANK: **TD Bank, N.A.**                         BRANCH: **DELRAY BEACH, FLORIDA**

ACCOUNT NAME: **METRO & SIVAN, LLC**

ACCOUNT NUMBER: ▓▓▓▓▓▓▓**1 1 4**

PURPOSE OF ACCOUNT: **OPERATING**

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative,
a computer generated check register can be attached to this report, provided all the information
requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | | AMOUNT |
|------|------|------|------|---|------|
| 10/21/2013 | ACH | Lee County Tax Collector | Tangible Taxes | $ | 7,330.00 |
| 10/4/2013 | 105 | Bureau of Elevator Safety | Elevator Permit | $ | 125.00 |
| **TOTAL** | | | | **$** | **7,455.00** |

**SUMMARY OF TAXES PAID**

| | | |
|------|------|------|
| **Payroll Taxes Paid** | $          - | ( a ) |
| **Sales & Use Taxes Paid** | $          - | ( b ) |
| **Other Taxes Paid** | $   7,455.00 | ( c ) |
| **TOTAL** | $   7,455.00 | ( d ) |

( a )  **This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements**
       **(Page MOR-2, Line 5O).**
( b )  **This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements**
       **(Page MOR-2, Line 5P).**
( c )  **This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements**
       **(Page MOR-2, Line 5Q).**
( d )  **These lines must be equal.**

**ATTACHMENT 4B**

**MONTHLY SUMMARY OF BANK ACTIVITY - PAYROLL ACCOUNT**

Name of Debtor: **METRO & SIVAN, LLC**                    Case Number: **13-23262-BKC-PGH**

Reporting Period beginning        **October 1, 2013**                    Period ending **October 31, 2013**

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.

NAME OF BANK: **N/A**                                        BRANCH: **N/A**

ACCOUNT NAME: **METRO & SIVAN, LLC**

ACCOUNT NUMBER: **N/A**

PURPOSE OF ACCOUNT: **PAYROLL**

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ | - |
| Plus Total Amount of Outstanding Deposits | $ | - |
| Minus Total Amount of Outstanding Checks & other debits | $ | - * |
| Minus Service Charges | | |
| Ending Balance per Check Register | $ | - * * (a) |

* **Debit cards are used by** N/A _____

* * **If Closing Balance is negative, provide explanation:** _____

_____

**The following disbursements were paid by Cash:**
( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose / Reason for Cash Disbursement |
|------|--------|-------|----------------------------------------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

The following non-payroll disbursements were made from this account:

| Date | Amount | Payee | Purpose/Reason for Cash disbursement |
|------|--------|-------|--------------------------------------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

(a) The total of this line on Attachment 4A, 4B, 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 5B**

**MONTHLY SUMMARY OF BANK ACTIVITY - PAYROLL ACCOUNT**

Name of Debtor: **METRO & SIVAN, LLC**                                  Case Number:    **13-23262-BKC-PGH**

Reporting Period beginning        **October 1, 2013**                     Period ending:    **October 31, 2013**

NAME OF BANK: **N/A**                                  BRANCH: **N/A**

ACCOUNT NAME:  **METRO & SIVAN, LLC**

ACCOUNT NUMBER:  **N/A**

PURPOSE OF ACCOUNT:  **PAYROLL**

Account for all disbursements, including voids, lost payments, stop payment, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| Date | Check Number | Payee | Purpose | Amount |
|------|--------------|-------|---------|--------|
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       | TOTAL:  | $        - |

**ATTACHMENT 4C**

**MONTHLY SUMMARY OF BANK ACTIVITY - PAYROLL TAX ACCOUNT**

Name of Debtor: **METRO & SIVAN, LLC**                    Case Number:  **13-23262-BKC-PGH**

Reporting Period beginning          **October 1, 2013**            Period ending:  **October 31, 2013**

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.

NAME OF BANK: **N/A**                           BRANCH:  **N/A**

ACCOUNT NAME:  **METRO & SIVAN, LLC**

ACCOUNT NUMBER:  **N/A**

PURPOSE OF ACCOUNT:  **TAXES**

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ | - |
| Plus Total Amount of Outstanding Deposits | $ | - |
| Minus Total Amount of Outstanding Checks & other debits | $ | - * |
| Minus Service Charges | $ | - |
| Ending Balance per Check Register | $ | - * * (a) |

**\* Debit cards must not be issued on this account.**

**\* \* If Closing Balance is negative, provide explanation:** _____

_____

**The following disbursements were paid by Cash:**     (☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose / Reason for Cash Disbursement |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

The following non-tax disbursements were made from this account:

| Date | Amount | Payee | Purpose/Reason for Cash disbursement from this account |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

(a)  The total of this line on Attachment 4A, 4B, 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 5E**

**CHECK REGISTER - CASH COLLATERAL ACCOUNT**

Name of Debtor: **METRO & SIVAN, LLC**          Case Number:  **13-23262-BKC-PGH**

Reporting Period beginning    **October 1, 2013**          Period ending    **October 31, 2013**

NAME OF BANK:  **TD Bank, N.A.**          BRANCH:  **DELRAY BEACH, FLORIDA**

NAME OF BANK: **N/A**          BRANCH: **N/A**

ACCOUNT NAME:  **METRO & SIVAN, LLC**

ACCOUNT NUMBER:  **N/A**

PURPOSE OF ACCOUNT:  **TAXES**

a computer generated check register can be attached to this report, provided all the information requested below is included.
http://www.usdoj.gov/ust.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**TOTAL**                                                                 $ _____ - ( a )

**ATTACHMENT 4D**

**INVESTMENT ACCOUNTS AND PETTY CASH REPORTS**

**INVESTMENT ACCOUNTS**

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately.  Attch copies of account statements.

Type of Negtiable
N/A

| Instrument | Face Value | Purchase Price | Date of Purchase | Current | Market Value |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

TOTAL                                                                              $ _____ -  (a)

**PETTY CASH REPORT**

The following Petty Cash Drawers/Accounts are maintained:

| Location of Box / Account | **(Column 2)** Maximum Amount of Cash in Drawer/Acct. | **(Column 3)** Amount of Petty Cash On Hand At End of Month | **(Column 4)** Difference between (Column 2) and (Column 3) |
|---|---|---|---|
| | $ _____ - | $ _____ - | |

TOTAL                                      $ _____ -  (b)

**For any Petty Cash Disbursements over $100 per transaction, attach copies of receipts.  If there are no receipts, provide an explanation** _____

_____

_____

**TOTAL INVESTMENT ACCOUNTS AND PETTY CASH (a + b)**               **$0.00**               ( c )

( c )  The total of this on Attachment 4A, 4B, 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 6**

**MONTHLY TAX REPORT**

Name of Debtor: **METRO & SIVAN, LLC**                    Case Number:  **13-23262-BKC-PGH**

Reporting Period beginning                    **October 1, 2013**                    Period ending **October 31, 2013**

**TAXES OWED AND DUE**

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

TOTAL                                                        $0.00

**ATTACHMENT 7**

**SUMMARY OF OFFICER OR OWNER COMPENSATION**

**SUMMARY OF PERSONNEL AND INSURANCE COVERAGES**

Name of Debtor: <u>**METRO & SIVAN, LLC**</u>                                    Case Number:   <u>**13-23262-BKC-PGH**</u>

Reporting Period beginning          <u>**October 1, 2013**</u>                    Period ending   <u>**October 31, 2013**</u>

Report all forms of compensation received by or paid on behalf of the Officer or Owner during the month.  Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc.  Do not include reimbursement for business expenses Officer or Owner incurred and for which detailed receipts are maintained in the accounting records.

| Name of Officer or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| | | | $            - |
| | | | |
| | | | |
| | | | |

**PERSONNEL REPORT**

| | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | 0 Employees | 0 Employees |
| Number hired during the period | 0 Employees | 0 Employees |
| Number terminated or resigned during period | (0 Employee) | (0 Employee) |
| Number of employees on payroll at end of period | 0 Employees | 0 Employees |

**CONFIRMATION OF INSURANCE**

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life.  For the first report, attach a copy of the declaration sheet for each type of insurance. For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and/or Carrier | Phone Number | Policy Number | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|
| Bouchard | (407) 847-2841 | ████████65259 | Package - Zurich American Ins. | 6/30/2014 | Installments |

The following lapse in insurance coverage occurred this month:

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

☒ Check here if U. S.Trustee has been listed as Certificate Holder for all insurance policies.

**ATTACHMENT 8**

**SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD**

Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported on this report, such as the sale of real estate (attach closing statement); (2) non-financial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior mangement, etc. Attach any relevant.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

We anticipate filing a Plan of Reorganization and Disclosure Statement on or before _____.

3:30 PM

11/18/13

Accrual Basis

# Metro & Sivan, LLC
# Balance Sheet
### As of October 31, 2013

|  | Oct 31, 13 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 1022 - TD Bank Account | 285.37 |
| **Total Checking/Savings** | 285.37 |
| **Accounts Receivable** | |
| 1200 · Accounts Receivable | 21,410.00 |
| **Total Accounts Receivable** | 21,410.00 |
| **Total Current Assets** | 21,695.37 |
| **Fixed Assets** | |
| 1600 · Land | 420,000.00 |
| 1610 · Building | 1,146,427.50 |
| 1640 · Accumulated Depreciation - Bldg | -242,265.68 |
| **Total Fixed Assets** | 1,324,161.82 |
| **Other Assets** | |
| 1560 · Loan/Closing Costs | 14,851.34 |
| 1580 · Accumulated Amortization | -14,851.34 |
| **Total Other Assets** | 0.00 |
| **TOTAL ASSETS** | **1,345,857.19** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Other Current Liabilities** | |
| 2202 - Accrued Interest | 192,842.69 |
| 2203 - Accrued Expenses | 37,898.70 |
| 2200 · Sales Tax Payable | 1,002.71 |
| 2220 · Loan from Shareholder - D.W.C | 3,150.00 |
| 2530 · Security Deposits | 11,000.00 |
| **Total Other Current Liabilities** | 245,894.10 |
| **Total Current Liabilities** | 245,894.10 |
| **Long Term Liabilities** | |
| 2400 · Loan - Const. RBC Centura 001 | |
| 2401 · Loan - RBC Centura Bank - 000 | 1,076,717.36 |
| 2400 · Loan - Const. RBC Centura 001 - Other | 725,672.36 |
| **Total 2400 · Loan - Const. RBC Centura 001** | 1,802,389.72 |
| **Total Long Term Liabilities** | 1,802,389.72 |
| **Total Liabilities** | 2,048,283.82 |
| **Equity** | |
| 1110 · Retained Earnings | -655,560.86 |
| 3000 · Opening Bal Equity | 0.01 |
| 3050 · Common Stock | 1,000.00 |
| Net Income | -47,865.78 |
| **Total Equity** | -702,426.63 |
| **TOTAL LIABILITIES & EQUITY** | **1,345,857.19** |

3:30 PM

11/18/13

Accrual Basis

# Metro & Sivan, LLC
## Profit & Loss
### October 2013

|  | Oct 13 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| 4130 · Rental | 2,250.00 |
| **Total Income** | 2,250.00 |
| **Expense** | |
| 6150 · Depreciation Expense | 2,449.63 |
| 6610 · Taxes | |
| 6640 · Property | 7,330.00 |
| Total 6610 · Taxes | 7,330.00 |
| **Total Expense** | 9,779.63 |
| **Net Ordinary Income** | -7,529.63 |
| **Net Income** | -7,529.63 |

3:30 PM
11/18/13
Cash Basis

# Metro & Sivan, LLC
# Balance Sheet
### As of October 31, 2013

|  | Oct 31, 13 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 1022 - TD Bank Account | 285.37 |
| **Total Checking/Savings** | 285.37 |
| **Accounts Receivable** | |
| 1200 · Accounts Receivable | 7,390.81 |
| **Total Accounts Receivable** | 7,390.81 |
| **Total Current Assets** | 7,676.18 |
| **Fixed Assets** | |
| 1600 · Land | 420,000.00 |
| 1610 · Building | 1,146,427.50 |
| 1640 · Accumulated Depreciation - Bldg | -242,265.68 |
| **Total Fixed Assets** | 1,324,161.82 |
| **Other Assets** | |
| 1560 · Loan/Closing Costs | 14,851.34 |
| 1580 · Accumulated Amortization | -14,851.34 |
| **Total Other Assets** | 0.00 |
| **TOTAL ASSETS** | **1,331,838.00** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Other Current Liabilities** | |
| 2202 - Accrued Interest | 192,842.69 |
| 2203 - Accrued Expenses | 37,898.70 |
| 2220 · Loan from Shareholder - D.W.C | 3,150.00 |
| 2530 · Security Deposits | 11,000.00 |
| **Total Other Current Liabilities** | 244,891.39 |
| **Total Current Liabilities** | 244,891.39 |
| **Long Term Liabilities** | |
| 2400 · Loan - Const. RBC Centura 001 | |
| 2401 · Loan - RBC Centura Bank - 000 | 1,076,717.36 |
| 2400 - Loan - Const. RBC Centura 001 - Other | 725,672.36 |
| **Total 2400 · Loan - Const. RBC Centura 001** | 1,802,389.72 |
| **Total Long Term Liabilities** | 1,802,389.72 |
| **Total Liabilities** | 2,047,281.11 |
| **Equity** | |
| 1110 · Retained Earnings | -655,560.86 |
| 3000 · Opening Bal Equity | 0.01 |
| 3050 · Common Stock | 1,000.00 |
| Net Income | -60,882.26 |
| **Total Equity** | -715,443.11 |
| **TOTAL LIABILITIES & EQUITY** | **1,331,838.00** |

3:30 PM

11/18/13

Cash Basis

# Metro & Sivan, LLC
# Profit & Loss
## October 2013

|  | Oct 13 |
|---|---|
| **Ordinary Income/Expense** | |
| **Expense** | |
| 6150 · Depreciation Expense | 2,449.63 |
| 6610 · Taxes | |
| 6640 · Property | 7,330.00 |
| **Total 6610 · Taxes** | 7,330.00 |
| **Total Expense** | 9,779.63 |
| **Net Ordinary Income** | -9,779.63 |
| **Net Income** | -9,779.63 |

## Metro & Sivan, LLC
### Reconciliation Summary
#### 1022 - TD Bank Account, Period Ending 10/31/2013

|  | Oct 31, 13 |
|---|---|
| **Beginning Balance** | 7,740.37 |
| **Cleared Transactions** | |
| Checks and Payments - 2 items | -7,455.00 |
| **Total Cleared Transactions** | -7,455.00 |
| **Cleared Balance** | 285.37 |
| Register Balance as of 10/31/2013 | 285.37 |
| **Ending Balance** | 285.37 |

3:43 PM
11/05/13

## Metro & Sivan, LLC
## Reconciliation Detail
### 1022 - TD Bank Account, Period Ending 10/31/2013

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 7,740.37 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 2 items** | | | | | | |
| Check | 09/27/2013 | 105 | Bureau of Elevator ... | X | -125.00 | -125.00 |
| Check | 10/21/2013 | | Lee County Tax Col... | X | -7,330.00 | -7,455.00 |
| Total Checks and Payments | | | | | -7,455.00 | -7,455.00 |
| Total Cleared Transactions | | | | | -7,455.00 | -7,455.00 |
| **Cleared Balance** | | | | | -7,455.00 | 285.37 |
| Register Balance as of 10/31/2013 | | | | | -7,455.00 | 285.37 |
| **Ending Balance** | | | | | **-7,455.00** | **285.37** |

# TD Bank
**America's Most Convenient Bank®**

T                    STATEMENT OF ACCOUNT

231890 06DD1K11 1 000000
METRO AND SIVAN LLC
DIP CASE 13-23262 SDFL
4801 LINTON BLVD STE 11A
NO 643
DELRAY BEACH FL  33445

Page:                      1 of 2
Statement Period:    Oct 01 2013-Oct 31 2013
Cust Ref #:                        039-T-###
Primary Account #:              7114

## Chapter 11 Checking
METRO AND SIVAN LLC
DIP CASE 13-23262 SDFL

Account #          7114

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 7,740.37 | Average Collected Balance | 5,042.62 |
| | | Annual Percentage Yield Earned | 0.00% |
| Checks Paid | 125.00 | Days in Period | 31 |
| Electronic Payments | 7,330.00 | | |
| Ending Balance | 285.37 | | |

### DAILY ACCOUNT ACTIVITY

**Checks Paid**   No. Checks: 1    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 10/8 | 105 | 125.00 |
| | Subtotal: | 125.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/21 | ACH DEBIT, LEE COUNTY TAX C EFT DEBITS 131017-44 | 7,330.00 |
| | Subtotal: | 7,330.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 9/30 | 7,740.37 | 10/21 | 285.37 |
| 10/8 | 7,615.37 | | |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

V1.8.4/e-1147498

231890 08DD1K11 028839

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | |
|---|---|
| Ending Balance | 286.37 |
| Total Deposits | |
| Sub-Total | |
| Total Withdrawals | |
| Adjusted Balance | |

| DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| Total Deposits | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| Total Withdrawals | | |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number..
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.

**FINANCE CHARGES:** Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.